UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:20-CR-00091-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **SPENCER MATTHEW LEGENDRE (01)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record and noting the absence of any objections filed in response to the report and recommendation, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Spencer Matthew Legendre, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 2, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 17th day of August, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE